UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES IRVIN,

    Plaintiff,

v.                                           Case No. 8:08-cv-1829-T-24-EAJ

MISTER CAR WASH,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court for consideration of Plaintiff's Motion to Proceed In Forma Pauperis on Appeal filed December 5, 2008.  (Doc. No. 19.)  This motion was considered by the United States Magistrate Judge.  On December 10, 2008, Magistrate Judge Jenkins filed her Report and Recommendation, recommending that Plaintiff's motion be denied due to his ability to pay court costs and fees.  (Doc. No. 21).

All parties were furnished copies of the Report and Recommendation on December 10, 2008, and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).  No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that

    (1)    The Magistrate Judge's Report and Recommendation (Doc. No. 21) is adopted and incorporated by reference in this Order of the Court; and

    (2)       Plaintiff's Motion to Proceed in Forma Pauperis on Appeal (Doc. No. 19) is **DENIED** for the reasons stated in the Magistrate Judge's Report and Recommendation.

**DONE AND ORDERED** at Tampa, Florida, this 29th day of December, 2008.

                                    SUSAN C. BUCKLEW
                                    United States District Judge

Copies to:
Counsel of Record